UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| BRYAN ANDERSON<br><br>   Plaintiff,<br><br>vs.<br><br>CANTEL MEDICAL CORP., CHARLES M. DIKER, GEROGE L. FOTIADES, ALAN R. BATKIN, ANN E. BERMAN, MARK N. DIKER, ANTHONY B. EVNIN, LAURA FORESE, RONNIE MYERS, PETER PRONOVOST, and KAREN N. PRANGE,<br><br>   Defendants. | Case No. 2:21-cv-08891 |

**NOTICE OF VOLUNTARY DISMISSAL**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), plaintiff Bryan Anderson ("Plaintiff") voluntarily dismisses the claims in the captioned action (the "Action"). Because this notice of dismissal is being filed with the Court before service by defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated: May 11, 2021

SO ORDERED.
/s/ Wigenton
Hon. Susan D. Wigenton
United States District Judge
Dated: May 12, 2021

WEISSLAW LLP

By: */s/ Mark D. Smilow*
   Mark D. Smilow
   Richard A. Acocelli (to be admitted *pro hac vice*)
   1500 Broadway, 16th Floor
   New York, NY  10036
   Telephone: 212/682-3025
   Facsimile:  212/682-3010

*Attorneys for Plaintiff*

1